UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NORMAN PECK | ) | |
|     Plaintiff | ) | CASE NO. 1:18-cv-03143-SEB-TAB |
| | ) | |
| vs. | ) | |
| | ) | |
| IMC CREDIT SERVICES | ) | |
|     Defendant | ) | |
| | ) | |

## **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Comes now Defendant, IMC Credit Services, by counsel, and pursuant to Rule 8(b)(3), provides the following answer and defenses to Plaintiff's Complaint.[1]

1. Defendant admits the following facts in Plaintiff's Complaint:

    (a) This Court has jurisdiction over this matter.

    (b) The United States District Court for the Southern District of Indiana is a proper venue for this matter.

    (c) Defendant is a "debt collector" as defined by the FDCPA.

    (d) Defendant sent Plaintiff a collection letter on or about October 17, 2017.

    (e) Plaintiff sent Defendant a letter, purportedly dated November 13, 2017, which was received by Defendant shortly thereafter.

2. Pursuant to Federal Rule of Civil Procedure 8(b)(3), Defendant generally denies all other allegations contained in Plaintiff's Complaint, including all factual and legal allegations contained in Counts I through IX.

3. Defendant asserts the following affirmative defenses:

---

[1] Plaintiff's Complaint spans 24 pages, includes a Table of Contents and 114 footnotes. The Complaint is written in a narrative style and individual allegations and paragraphs have not been numbered.

(a) While Defendant denies any violation pursuant to the FDCPA, any violation, if proven, was not intentional and resulted from a bona fide error notwithstanding the maintenance procedures reasonably adapted to avoid any such error, and Defendant is not liable to Plaintiff pursuant to 15 U.S.C. § 1692k(c).

KIGHTLINGER & GRAY, LLP

By  s/ *Nicholas W. Levi*
Nicholas W. Levi
Attorney I.D. No. 24278-53

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018, a copy of the foregoing pleading was mailed via First Class United State Mail to:

Norman Peck
P. O. Box 273
Kokomo, IN  46903

s/ *Nicholas W. Levi*
Nicholas W. Levi

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  317-638-4521