UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORMAN PECK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03143-SEB-TAB |
| | ) |
| IMC CREDIT SERVICES, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

The Defendant having made an offer of judgment in the amount of $1,101.00, plus costs to be awarded by the Court, and the Plaintiff having accepted the offer, judgment is hereby **ENTERED** pursuant to Federal Rule of Civil Procedure 68 in the amount of $1,101.00 in favor of the Plaintiff and against the Defendant.

IT IS SO ORDERED.

Date:  10/3/2019

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

NORMAN PECK
P.O. Box 273
Kokomo, IN 46903

Nicholas Ward Levi
KIGHTLINGER & GRAY, LLP (Indianapolis)
nlevi@k-glaw.com

1