IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Norman Peck,
    Plaintiff,
v.

IMC Credit Services,
    Defendant

Case No. 1:18-cv-03143-SEB

## NOTICE OF APPEAL

Plaintiff Norman Peck files this notice of appeal.

Submitted,

_____
Norman Peck, Plaintiff

29 OCTOBER 2019
Date

### Certificate of Service

Peck hereby certify my delivery today of this NOTICE OF APPEAL by filing/serving by

- USPS certified mail to the Office of the Clerk, 105 U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204, and
- USPS first-class mail to Nicholas Levi, One Indiana Square, Suite 300, 211 North Pennsylvania Street, Indianapolis, Indiana 46204.

Peck also certifies his timely delivery of this NOTICE OF APPEAL by electronic mail to

- lana_harves@usid.uscourts.gov, and
- nlevi@k-glaw.com.

_____
Norman Peck, Plaintiff
P.O. Box 273
Kokomo, Indiana 46903
Telephone/facsimile number: None
Email address: legal_stuff@use.startmail.com

29 OCTOBER 2019
Date

Enclosure:
- Additional copy of this NOTICE OF APPEAL for the purpose of being stamped by the Clerk to indicate the date and time of its entry into the court record and then returned to Peck in the enclosed self-addressed envelope, which is big enough and has enough postage pursuant to L.R. 5-10(b)

— USPS certified mail # 7015 1520 0002 0065 8169 —