IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Norman Peck,<br>    Plaintiff,<br><br>v.<br><br>IMC Credit Services,<br>    Defendant | Case No. 1:18-cv-03143-SEB |

**FILED**
2:15 pm, Apr 16, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

## MOTION FOR DISQUALIFICATION

Plaintiff-movant Norman Peck comes before this district court today to file this MOTION FOR DISQUALIFICATION, its accompanying proposed order, and MEMORANDUM IN SUPPORT OF MOTION FOR DISQUALIFICATION.

WHEREFORE, Peck requests that Sarah Evans Barker be immediate disqualified from acting in any capacity in *Peck v. IMC Credit Services*.

Submitted,

_____          13 APRIL 2020
Norman Peck, Plaintiff              Date
P.O. Box 273
Kokomo, Indiana 46903
Telephone / facsimile number: None
Email address: legal_stuff@use.startmail.com

## Certificate of Service

Peck certifies today's filing/serving of this MOTION FOR DISQUALIFICATION by delivering it

- by certified U.S. Mail (#7017 1070 0000 5956 1564) to the Office of the Clerk, 105 U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204

- by first-class U.S. Mail to Nicholas Levi, One Indiana Square, Suite 300, 211 North Pennsylvania Street, Indianapolis, Indiana 46204.

_____        13 APRIL 2020
Norman Peck, Plaintiff            Date
P.O. Box 273
Kokomo, Indiana 46903
Telephone / facsimile number: None
Email address: legal_stuff@use.startmail.com

Enclosures:
- Additional copy of MOTION FOR DISQUALIFICATION, for the district clerk to return to Peck in the enclosed self-addressed envelope, which is big enough and has enough postage. S.D. Ind. L.R. 5-10(b).
- Proposed order for this MOTION FOR DISQUALIFICATION.
- Today's MEMORANDUM IN SUPPORT OF MOTION FOR DISQUALIFICATION.